Kathryn J. Halford (CA Bar No. 068141)
Email: khalford@wkclegal.com
Elizabeth Rosenfeld (CA Bar No. 106577)
Email: erosenfeld@wkclegal.com
Lauren E. Schmidt (CA Bar No. 321435)
Email: lschmidt@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA  91436
Telephone: (818) 501-8030 ext. 331
Facsimile: (818) 501-5306

Attorneys for Plaintiffs, Board of Directors
of the Motion Picture Industry Pension Plan, et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SONZERO FILMS, INC., a suspended California corporation,<br><br>Defendant. | CASE NO. 2:19-cv-05859-MWF-JEMx<br><br>The Hon. Michael W. Fitzgerald<br><br>**PLAINTIFFS' REQUEST FOR CLERK TO ENTER DEFAULT AGAINST SONZERO FILMS, INC., A SUSPENDED CALIFORNIA CORPORATION**<br><br>Complaint filed:  July 8, 2019 |

1  Plaintiffs BOARD OF DIRECTORS OF THE MOTION PICTURE
2  INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION
3  PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF
4  DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN
5  hereby request that the Clerk of the above-entitled Court enter default in this
6  matter against Defendant SONZERO FILMS, INC., a suspended California
7  corporation, on the ground that said Defendant has failed to appear or otherwise
8  respond to the complaint within the time prescribed by the Federal Rules of Civil
9  Procedure.  Plaintiffs served the complaint on said Defendant on November 20,
10 2019, evidenced by the proof of service on file with this Court [Dkt. 15].

11 The above facts are set forth in the accompanying declaration of Kathryn J.
12 Halford, filed herewith.

14 DATED: December 17, 2019

Kathryn J. Halford, Esq.
Elizabeth Rosenfeld, Esq.
Lauren E. Schmidt, Esq.
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**

By:   */s/ Kathryn J. Halford*
      Kathryn J. Halford
      Attorneys for Plaintiffs
      Board of Directors of the Motion
      Picture Industry Pension Plan, et al.